FILED

JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____Jul 16, 2026_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                                    NO.:___**3:26MJ-627-LLK**___

**TERRELL QUANTE GRAY**                                    DEFENDANT

## MOTION TO SEAL COMPLAINT

Comes the United States of America, by counsel, Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky, and moves the Court for an Order sealing all affidavits, applications, orders, and material relating to the above case dated July 16, 2026, because the investigation is still on-going. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

_____
Alicia P. Gomez
Assistant U.S. Attorney