UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                              NO.:  __3:26MJ-627-LLK__


**TERRELL QUANTE GRAY**                                          DEFENDANT

**ORDER**

Upon motion of the United States of America, by counsel, Alicia P. Gomez, Assistant United States Attorney for the Western District of Kentucky; and the Court being sufficiently advised,

It is hereby ORDERED that all affidavits, applications, orders, and material relating to the above matter and the contents thereof are sealed. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

This 16th day of July, 2026.

**Lanny King, Magistrate Judge**
**United States District Court**
UNITED STATES MAGISTRATE JUDGE

**ENTERED**

JAMES J. VILT JR., CLERK

7/16/2026

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY